7.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2004 NOV 9 PM 3 14

CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

LEO W. RICH, DANIEL J. PAROT, )
THOMAS A. TATRO, JAMES GODDETTE, )
GREG MAGNANT, THOMAS COTA, JAMIE )
LEDUC, DANIEL L. MEUNIER, DWAYNE )
NORWAY, FRANCIS LEDUC, LESLIE )
BENOIT, TIM HEATH, )
    And Others Similarly Situated, )
        Plaintiffs, ) Case Number 2:04-CV-24
)
v. )
)
CITY OF SOUTH BURLINGTON, )
VERMONT, )
        Defendant. )

## STIPULATION OF DISMISSAL

Now Comes the parties in the above-captioned matter, by and through their respective attorneys, and agree that the claims in this matter have been resolved to the satisfaction of all parties, and that this matter may be submitted to the Court for dismissal with prejudice.

Dated at Burlington, Vermont this 1st day of November 2004.

_____
James J. Dunn, Esq.
Mickenberg, Dunn, Kochman,
Lachs & Smith
Attorneys for Plaintiffs

Dated at Burlington, Vermont this 8th day of November 2004.

_____
Steven Stitzel, Esq.
Stitzel, Page & Fletcher, PC
Attorneys for Defendant

So Ordered: _____
United States District Judge Magistrate
Date: 11-9-04

F:\common\USER\JIM\S B H W\FLSA Action\Stip for Dismissal.wpd

LAW OFFICES OF
MICKENBERG, DUNN,
KOCHMAN, LACHS
& SMITH, PLC
29 PINE ST.
PO BOX 406
BURLINGTON, VT
05402-0406

(802) 658-6951